# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SAUNDRA ANN FERRELL,

      Petitioner,

v.                           **ORDER**
                             Civil File No. 16-2403 (MJD/KMM)

DAVID PAUL, Warden,

      Respondent.

Saundra Ann Ferrell, pro se.

D. Gerald Wilhelm, Assistant United States Attorney, Counsel for Respondent.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated August 16, 2016. Petitioner filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Menendez dated August 16, 2016.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated August 16, 2016 [Docket No. 5].

2. Petitioner Saundra Ann Ferrell's Petition for Writ of Habeas Corpus [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 13, 2016              s/ Michael J. Davis
                                      Michael J. Davis
                                      United States District Court